**Herman Huehl, Appellee, v. Robert L. Funke, Sr., Appellant.**

### Gen. No. 17,505.

APPEALS AND ERRORS—*failure to perfect joint appeal.* An appeal perfected by one defendant only, pursuant to the granting of a joint appeal, will be dismissed on motion.

Appeal from the Superior Court of Cook county; the Hon. H. C. MORAN, Judge, presiding. Heard in this court at the October term, 1910. Appeal dismissed. Opinion filed March 23, 1911.

L. J. HAIGLER, for appellant.

SYMMES & KIRKLAND, for appellee.

PER CURIAM. In this case the judgment was against two defendants. The appeal was prayed and granted to said defendants jointly, and perfected by only one of them. The motion to dismiss the appeal will be allowed. Fortune v. Gilbert, 207 Ill. 235.

*Appeal dismissed.*